1

ADRIENNE C. PUBLICOVER  (SBN 161432)
DENNIS J. RHODES  (SBN 168417)

2

WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

3

525 Market Street, 17th Floor
San Francisco, California 94105

4

Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

5

6

Attorneys for Defendant
LIFE INSURANCE COMPANY

7

OF NORTH AMERICA

8

THORNTON DAVIDSON  (SBN 166487)

9

DAVIDSON & HAWKINS
2055 San Joaquin Street

10

Fresno, CA  93721-2717
Tel:    (559) 256-9800

11

Fax:    (559) 256-9795

12

Attorneys for Plaintiff
KIMBERLY WHITLEY

13

14

UNITED STATES DISTRICT COURT

15

EASTERN DISTRICT OF CALIFORNIA

16

KIMBERLY WHITLEY,                                )   Case No.:      C07-01284 LKK (GGH)
                                                 )

17

                    Plaintiff,                   )   **STIPULATION AND ORDER RE**
                                                 )   **DISMISSAL OF DEFENDANT TRUSTEE**

18

        v.                                       )   **OF THE GROUP INSURANCE TRUST**
                                                 )   **FOR EMPLOYERS IN THE RETAIL**

19

TRUSTEE OF THE GROUP INSURANCE    )   **TRADE INDUSTRY**
TRUST FOR EMPLOYERS IN THE        )

20

RETAIL TRADE INDUSTRY; LIFE       )
INSURANCE OF NORTH AMERICA,       )   Judge   :        Hon. Lawrence K. Karlton

21

                                                 )
                                                 )

22

                    Defendants.                  )
_____)

23

24

    **IT IS HEREBY STIPULATED** by and between the parties to this action, plaintiff

25

KIMBERLY WHITLEY ("Plaintiff") and defendant LIFE INSURANCE COMPANY OF NORTH

26

AMERICA ("LINA"), through their respective counsel of record, as follows:

27

28

1.      LINA is the proper defendant in this action for long-term disability benefits under the Policy, and hereby agrees to assume liability for defendant Trustee of the Group Insurance Trust for Employers in the Retail Trade Industry ("TRUSTEE"), if any there be, for the claims alleged in the complaint of plaintiff seeking recovery of long term disability benefits under the Group Insurance Policy No. LK-030497 issued by LINA to TRUSTEE.

2.      Upon entry of this Stipulation, Plaintiff hereby voluntarily dismisses Defendant TRUSTEE from this lawsuit, without prejudice.

**IT IS SO STIPULATED.**

Dated:  October 3, 2007                    DAVIDSON & HAWKINS

By:___*/s/ Thornton Davidson*_____
        THORNTON DAVIDSON
        Attorneys for Plaintiff KIMBERLY WHITLEY

Dated:  October 3, 2007                    WILSON, ELSER, MOSKOWITZ,
                                                        EDELMAN & DICKER LLP

By:___*/s/ Dennis J. Rhodes*_____
        ADRIENNE C. PUBLICOVER
        DENNIS J. RHODES
        Attorneys for Defendant LIFE INSURANCE
        COMPANY OF NORTH AMERICA

**ORDER**

**IT IS SO ORDERED.**

Dated:  November 29, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT TRUSTEE OF THE GROUP INSURANCE
TRUST FOR EMPLOYERS IN THE RETAIL TRADE INDUSTRY
USDC EDCA Case No. C07-01284 LKK (GGH)
304684.1

CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within cause.  I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT TRUSTEE OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE RETAIL TRADE INDUSTRY**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

➔_____: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____: **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

Thornton Davidson, Esq.
DAVIDSON & HAWKINS
2055 San Joaquin Street
Fresno, CA  93721-2717
Tel:     (559) 256-9800
Fax:    (559) 256-9795

*Attorneys for Plaintiff KIMBERLY WHITLEY*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **November 29, 2007**, at San Francisco, California.

_____
Nancy Li