UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY WHITLEY,

                              NO. CIV. S-07-1284 LKK/GGH

        Plaintiff,

   v.

TRUSTEE OF THE GROUP
INSURANCE TRUST FOR
EMPLOYERS IN THE RETAIL
TRADE INDUSTRY; LIFE
INSURANCE OF NORTH AMERICA,

        Defendants.
                              /

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on January 22, 2008. Thornton

1

Davidson appeared telephonically as counsel for plaintiff; Dennis J. Rhodes appeared telephonically as counsel for defendant.  After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. § 1331, is undisputed and is hereby found to be proper, as is venue.

**MISCELLANEOUS PROVISIONS**

The parties shall file cross-motions for summary judgment on or before June 30, 2008, responses to motions on or before July 28, 2008, replies, if any, on or before August 11, 2008 and a hearing on the motions is set for August 25, 2008 at 10:00 a.m.

The parties are reminded that pursuant to Fed. R. Civ. P. 16(b), the Status (pretrial scheduling) Order **shall not be modified except by leave of court upon a showing of good cause.** Counsel are cautioned that changes to any of the scheduled dates will necessarily result in changes to all other dates. Thus, even where good cause has been shown, the court will not grant a request to

1  change the discovery cutoff date without modifying the pretrial and
2  trial dates.
3      **Agreement by the parties pursuant to stipulation does not**
4  **constitute good cause.  Nor does the unavailability of witnesses**
5  **or counsel, except in extraordinary circumstances, constitute good**
6  **cause.**
7      The parties are reminded of their continuing obligation to
8  supplement their statements relative to the identification of
9  parent corporations and any publicly held company that owns 10% or
10 more of the party's stock within a reasonable time of any change
11 in the information.
12     The parties are admonished that they are not to cite or refer
13 to any of the quotations inscribed in the pavers on the front plaza
14 of the United States Courthouse in any written or oral presentation
15 to the court or a jury.
16     There appear to be no other matters presently pending before
17 the court that will aid the just and expeditious disposition of
18 this matter.
19     IT IS SO ORDERED.
20     DATED:  January 25, 2008.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

3