| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER  (SBN 161432) |
| 2 | DENNIS J. RHODES  (SBN 168417)<br>WILSON, ELSER, MOSKOWITZ, |
| 3 |     EDELMAN & DICKER LLP<br>525 Market Street, 17th Floor |
| 4 | San Francisco, California 94105<br>Telephone:    (415) 433-0990 |
| 5 | Facsimile:    (415) 434-1370 |
| 6 | Attorneys for Defendant<br>LIFE INSURANCE COMPANY |
| 7 | OF NORTH AMERICA |
| 8 | THORNTON DAVIDSON  (SBN 166487) |
| 9 | DAVIDSON & HAWKINS<br>2055 San Joaquin Street |
| 10 | Fresno, CA  93721-2717<br>Tel:    (559) 256-9800 |
| 11 | Fax:    (559) 256-9795 |
| 12 | Attorneys for Plaintiff<br>KIMBERLY WHITLEY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY WHITLEY, | ) | Case No.:    C07-01284 LKK (GGH) |
|   Plaintiff, | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
|   v. | ) ) | Judge :    Hon. Lawrence K. Karlton |
| TRUSTEE OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE RETAIL TRADE INDUSTRY; LIFE INSURANCE OF NORTH AMERICA, | ) ) ) ) ) | |
|   Defendants. | ) ) | |

Plaintiff Kimberly Whitley ("plaintiff"), and defendants Trustee of the Group Insurance Trust for Employers in the Retail Trade Industry and Life Insurance Company of North America ("defendants"), through their respective attorneys of record, Thornton Davidson, Esq. of Davidson

---

1
STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE AND ORDER THEREON
USDC EDCA Case No. C07-01284 LKK (GGH)
333055.1

PDF created with pdfFactory trial version www.pdffactory.com

& Hawkins, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims for relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated:  April 3, 2008          DAVIDSON & HAWKINS

By:  */s/ Thornton Davidson*
     THORNTON DAVIDSON
     Attorneys for Plaintiff KIMBERLY WHITLEY

Dated:  April 3, 2008          WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP

By:  */s/ Dennis J. Rhodes*
     ADRIENNE C. PUBLICOVER
     DENNIS J. RHODES
     Attorneys for Defendant LIFE INSURANCE
     COMPANY OF NORTH AMERICA

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated:  April 8, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE AND ORDER THEREON
USDC EDCA Case No. C07-01284 LKK (GGH)
333055.1

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within cause.  I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE
AND ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**à**      : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____: **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

Thornton Davidson, Esq.
DAVIDSON & HAWKINS
2055 San Joaquin Street
Fresno, CA  93721-2717
Tel:     (559) 256-9800
Fax:    (559) 256-9795

*Attorneys for Plaintiff KIMBERLY WHITLEY*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **April 8, 2008**, at San Francisco, California.

_____
Nancy Li

PDF created with pdfFactory trial version www.pdffactory.com